

# THE SUPREME COURT OF TEXAS

Orders Pronounced August 19, 2020

**MISCELLANEOUS**

<u>THE FOLLOWING PETITION FOR WRIT OF MANDAMUS IS DENIED:</u>

20-0634     IN RE KINDER MORGAN PRODUCTION COMPANY, LLC; from Scurry County; 11th Court of Appeals District (11-20-00190-CV, ___ SW3d ___, 08-14-20)

motion for temporary stay dismissed as moot

Chief Justice Hecht, Justice Guzman, Justice Lehrmann, and Justice Bland dissent from the denial of the petition for writ of mandamus.